

| | | | |
|---|---|---|---|
| | GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | Russell H. Granger<br>**District Court Judge** |

| | |
|---|---|
| DISTRICT COURT, CLEAR CREEK COUNTY, COLORADO<br>P. O. Box 367<br>Georgetown, CO 80444<br>303-679-4220 | **EFILED Document**<br>**CO Clear Creek County District Court 5th JD**<br>**Filing Date: Aug 30 2011 1:28PM MDT**<br>**Filing ID: 39564286**<br>**Review Clerk: Jennifer A Gabriel** |
| Alvin Mosch, Patricia C. Mosch, and David K. Mosch, each individually and dba Mosch Mining Company,<br>　　　　　　　　　　　　　　Petitioners<br>vs.<br>John Henry, aka John T. Henry, aka John L. Henry United States Real Estate Corporation, and any one claiming by or through any of the named persons,<br>　　　　　　　　　　　　　　Respondents | |
| Attorney for Petitioners:<br>Richard L. Garnett, P.C.<br>By Richard L. Garnett, ARN 8289<br>P.O. Box 656<br>Idaho Springs, CO 80452<br>Phone: (303) 567-2456<br>Fax: (303) 567-2450　　e-mail: Rick@Garnettlaw.net | ▲ **Court Use Only** ▲<br><br>Case Number: 2011CV93<br><br>Div. G |

### ORDER AUTHORIZING TELEPHONIC APPEARANCE BY PATRICIA MOSCH

.
　　This Matter having come before the Court upon the Petitioners' Motion to allow Petitioner Patricia Mosch to Appear by Telephone;

　　The Court being fully advised in the premises;

　　Hereby GRANTS the Petitioners' Motion and authorizes Patricia Mosch to appear for all hearings by telephone.

　　Signed in chambers on the date stated above.

　　　　　　　　　　　　　　　　　　　　　　/s/　Russell H. Granger
　　　　　　　　　　　　　　　　　　　　　　District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer Comments:**

Subject to objection within five days.