IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-02438-PAB-BNB | Date: November 11, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

ALVIN MOSCH,  Richard Garnett
PATRICIA C. MOSCH, and
DAVID K. MOSCH,

      Plaintiff(s),

v.

JOHN HENRY, and  Pro se
UNITED STATES REAL ESTATE  Pro se
CORPORATION,

      Defendant(s).

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:    9:31 a.m.

Appearances of counsel.

Court's opening remarks.

John Schlie informs the court that he will be entering his appearance for the defendants.

**ORDERED:** **Mr. Schlie shall enter his appearance on or before November 18, 2011.**

**ORDERED:** **A Scheduling Conference is set for December 9, 2011 at 9:00 a.m. A proposed scheduling order shall be submitted on or before December 2, 2011.**

**ORDERED**: **Defendants' motion to reconsider [doc. #29, filed 11/7/11 ] is denied for reasons stated on the record.**

Court in Recess:  9:44 a.m.  Hearing concluded.  Total time in court: 00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.