IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-02438-PAB-BNB | Date: November 11, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ALVIN MOSCH, PATRICIA C. MOSCH, and DAVID K. MOSCH, | Richard Garnett |
| Plaintiff(s), | |
| v. | |
| JOHN HENRY, and UNITED STATES REAL ESTATE CORPORATION, | Pro se Pro se |
| Defendant(s). | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:     9:31 a.m.

Appearances of counsel.

Court's opening remarks.

John Schlie informs the court that he will be entering his appearance for the defendants.

**ORDERED:  Mr. Schlie shall enter his appearance on or before November 18, 2011.**

**ORDERED:  A Scheduling Conference is set for December 9, 2011 at 9:00 a.m. A proposed scheduling order shall be submitted on or before December 2, 2011.**

**ORDERED**: **Defendants' motion to reconsider [doc. #29, filed 11/7/11 ] is denied for reasons stated on the record.**

Court in Recess:          9:44 a.m.          Hearing concluded.     Total time in court: 00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.