IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02438-PAB-BNB

ALVIN MOSCH,
PATRICIA C. MOSCH, and
DAVID K. MOSCH, each individually and d/b/a MOSCH MINING COMPANY,

Plaintiffs,

v.

JOHN HENRY, a/k/a JOHN T. HENRY a/k/a JOHN L. HENRY,
UNITED STATES REAL ESTATE CORPORATION, and any one claiming by or through any of the named persons,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. Also pending is a letter filed pro se by defendant John T. Henry [Doc. # 29, filed 11/7/2011] (the "Motion to Reconsider") which I have construed as a motion to reconsider my Order [Doc. # 27] allowing Elizabeth Starrs and Susan Bernhardt to withdraw as counsel for the defendants.

In the course of the conference, John Schlie, a member of the bar of this court, indicated his intention to enter an appearance on behalf of the defendants. In addition, I made oral rulings concerning the Motion to Reconsider.

IT IS ORDERED:

(1) Mr. Schlie shall enter his appearance as counsel for the defendants, if at all, on or before **November 18, 2011**;

(2)   A supplemental scheduling conference is set for **December 9, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a proposed scheduling order and submit it to the court on or before December 2, 2011; and

(3)   The letter filed pro se by defendant John T. Henry [Doc. # 29] is construed as a motion to reconsider, and is DENIED.

Dated November 14, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge