IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02438-PAB-BNB

ALVIN MOSCH,
PATRICIA C. MOSCH, and
DAVID K. MOSCH, each individually and d/b/a MOSCH MINING COMPANY,

Plaintiffs,

v.

JOHN HENRY, a/k/a JOHN T. HENRY a/k/a JOHN L. HENRY,
UNITED STATES REAL ESTATE CORPORATION, and any one claiming by or through any
of the named persons,

Defendants.

---

## ORDER

---

This matter arises on a letter filed by defendant John Henry on January 23, 2012 [Doc.

#55] (the "Letter").  The Letter is STRICKEN.

The Letter is addressed to me, and Mr. Henry does not certify that it has been served on

counsel for the plaintiffs.  The local rules of this Court prohibit ex parte communication with

judicial officers:

> In the absence of previous authorization, no attorney or party to
> any proceeding shall send letters, pleadings or other papers or
> copies directly to a judicial officer.  Unless otherwise instructed, all
> matters to be called to a judicial officer's attention shall be
> submitted through the clerk, with copies served on all other parties
> or their attorneys.

D.C.COLO.LCivR 77.2.

In addition, copies of papers filed in this court must be served on counsel for all other

parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5.  Rule 5

provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party.  Fed. R. Civ. P. 5(a).  "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ."  Fed. R. Civ. P. 5(b).  Service upon other parties may be by mail.  Id.  Proof that service has been made is provided by a certificate of service.  Id. at 5(d).  This certificate should be filed along with the original papers and should show the day and manner of service.  Id.

IT IS ORDERED:

1.   The Letter is STRICKEN; and

2.   All papers shall be served on counsel for the plaintiffs in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service.

Dated July 19, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge