**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02438-PAB-BNB

ALVIN MOSCH,
PATRICIA C. MOSCH, and
DAVID K. MOSCH, each individually and d/b/a Mosch Mining Company,

    Plaintiffs,

v.

JOHN HENRY, a/k/a John T. Henry a/k/a John L. Henry,
UNITED STATES REAL ESTATE CORPORATION, and any one claiming by
of through any of the named persons,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Docket No. 152) of Judge Philip A. Brimmer entered on January 28, 2013 it is

    ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland entered on November 6, 2012 is ACCEPTED and AFFIRMED.  It is

    FURTHER ORDERED that the documents recorded by Mr. Henry and bearing Reception Nos. 234546, 234547, 234548, 235276, 248446, 258531, and 260614 (Plaintiffs' Exhibits 1.1 through 1.7) are declared spurious under section 38-35-201(3), C.R.S., are held invalid, and are released pursuant to section 38-35-204(2), C.R.S.  It is

FURTHER ORDERED that Plaintiffs' request for a permanent injunction is DENIED. It is

FURTHER ORDERED that Plaintiffs are **AWARDED** reasonable attorney fees upon motion pursuant to D.C.COLO.LCivR 54.3. It is

FURTHER ORDERED that Plaintiffs are **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 6th day of February, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk