IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02438-PAB-BNB

ALVIN MOSCH,
PATRICIA C. MOSCH, and
DAVID K. MOSCH, each individually and d/b/a MOSCH MINING COMPANY,

Plaintiffs,

v.

JOHN HENRY, a/k/a JOHN T. HENRY a/k/a JOHN L. HENRY,
UNITED STATES REAL ESTATE CORPORATION, and any one claiming by or through any of the named persons,

Defendants.

_____

## ORDER
_____

This matter arises on **Plaintiffs' Second Motion for Permission for Clerk to Issue Writ of Execution** [Doc. # 170, filed 9/30/2013] (the "Second Motion").

IT IS ORDERED:

(1)     The Second Motion [Doc. # 170] is GRANTED; and

(2)     The Clerk of the Court is directed to issue the Writ of Execution [Doc. # 170-1].

Dated October 15, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge