IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-02438-PAB-BNB

ALVIN MOSCH;
PATRICIA C. MOSCH; and
DAVID K. MOSCH, each individually and dba
MOSCH MINING COMPANY

    Plaintiffs,

v.

JOHN HENRY, aka JOHN T. HENRY, aka
JOHN L. HENRY;
UNITED STATES REAL ESTATE CORPORATION,
and anyone claiming by or through any of the named persons,

    Defendants.

---

## ORDER

---

The Court finds upon review of Plaintiffs' Motion for Permission for Clerk to Issue Notice of Levy [Docket No. 174]:

IT IS HEREBY ORDERED that the Clerk of Court shall issue the Notice of Levy attached to the above state Motion forthwith.


Dated *October 23*, 2013.

BY THE COURT:

*/s/ Boyd N. Boland*
~~United States District Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**