IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02438-PAB-BNB

ALVIN MOSCH,
PATRICIA C. MOSCH, and
DAVID K. MOSCH, each individually and d/b/a MOSCH MINING COMPANY,

Plaintiffs,

v.

JOHN HENRY, a/k/a JOHN T. HENRY a/k/a JOHN L. HENRY,
UNITED STATES REAL ESTATE CORPORATION, and any one claiming by or through any of the named persons,

Defendants.

_____

**ORDER**
_____

This matter arises on four **Claims of Exemption** [Doc. ## 179-182] filed by John Henry[1] and **Plaintiffs' Reply to Defendants' Claim of Exemption** [Doc. # 183] (the "Reply"). The Reply notes the requirement of section 13-55-104, C.R.S., and requests that I set Mr. Henry's Claims of Exemption for hearing within the limits required.

IT IS ORDERED:

(1) A hearing pursuant to section 13-55-104(1), C.R.S., is set for November 25, 2013, at 2:30 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to consider the Claims of Exemption;

---

[1] Although the Claims of Exemption purport to be filed on behalf of both Mr. Henry and United States Real Estate Corporation ("USREC"), they are signed only by Mr. Henry who is not a lawyer or a member of the bar of this court. Mr. Henry may not represent USREC, a corporation, which may appear only through counsel. D.C.COLO.LCivR 11.1A.

  (2) Mr. Henry must appear at the hearing in person; and

  (3) As required by section 13-55-103, C.R.S., all further proceedings with relation to the sale of the property described in the Notice of Levy [Doc. # 177] are stayed until the Claims of Exemption are determined.

  Dated November 14, 2013.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge